UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOSEPH J BOERSMA,

Plaintiff,

v.

WELLS FARGO BANK NA,

Defendant.

Case No. 6:25-cv-01840-AP

**ORDER**

**KASUBHAI,** United States District Judge:

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Potter issued a Findings and Recommendation on July 17, 2026, in which she recommends that this Court grant Defendant's Motion to Compel and Stay Proceedings. F&R, ECF No. 36. When a party objects to a magistrate judge's Findings and Recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). In the absence of objections, the district court has no obligation to review the magistrate judge's report. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). However, the district court is not precluded from *sua sponte* review in such circumstances, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes to Federal Rule of

Civil Procedure 72(b) recommend that the court should review for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, Defendant's objections were not timely filed. Plaintiff filed his objections on August 10, 2026, ten days after they were due. ECF No. 38; F&R 11. The Court has nevertheless carefully considered Defendant's objections and reviewed the relevant portions of the record de novo and concludes that there is no basis to modify the Findings and Recommendation. The Court likewise finds no clear error with the remainder of the Findings and Recommendation to which no objections were filed.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Potter's Findings and Recommendation, ECF No. 36. Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 27) is therefore GRANTED. This case is STAYED pending arbitration. The parties are ordered to notify the Court of the result of arbitration within fourteen days after the conclusion of arbitration.

IT IS SO ORDERED.

DATED this 18th day of August 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge